UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA      CRIMINAL NO. 3:21-cr-61 (MPS)

v.

MICHAEL MEAKEM      VIOLATION:
     18 U.S.C. § 1343 (Wire Fraud)

INFORMATION

The United States Attorney charges:

COUNT ONE
(Wire Fraud)

1. From 1993 through 2019, the defendant, MICHAEL MEAKEM, was a resident of the State of Connecticut and the president and chief executive officer of the Center for Financial Training ("CFT"), a non-profit organization headquartered in Farmington, Connecticut, that provided continuing education to employees in the financial services industry.

2. From approximately June 2013 until approximately February 2020, in the District of Connecticut, MEAKEM, knowingly and with intent to defraud, devised a scheme and artifice to defraud and to obtain money and property from CFT—namely, at least $683,202—by means of materially false and fraudulent pretenses, representations, and promises.

3. As part of the scheme and artifice, MEAKEM embezzled funds from CFT's credit card accounts and bank accounts for his personal use.

4. On or about July 9, 2018, in the District of Connecticut, having devised the above-described scheme and artifice, and acting with the purpose of executing that scheme and artifice, MEAKEM knowingly transmitted and caused to be transmitted writings, signs, signals and pictures by means of wire communications in interstate commerce, that is, MEAKEM, without CFT's authorization, used CFT's Visa credit card to charge $1,065.95 at Mohegan Sun casino in

Connecticut for a cash advance, on the false premise that it was a legitimate CFT expense.

All in violation of Title 18, United States Code, Section 1343.

UNITED STATES OF AMERICA

_____
LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

_____
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY