UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA                    CRIMINAL NO. 3:21-cr-61 (MPS)

v.

MICHAEL MEAKEM                              August 10, 2021

## RESTITUTION ORDER

### I.    Restitution Liability

#### A.  Restitution Amount

The Defendant, Michael Meakem, shall pay restitution in the amount of $683,202.09 pursuant to 18 U.S.C. § 3663A.  The Defendant has already paid $128,000 in restitution. Therefore, the outstanding restitution amount owed by the Defendant is $555,202.09.

#### B.  Identification of Victims

Restitution shall be paid to the victim, the Center for Financial Training, c/o Patrick McHale, Kainen, Escalera & McHale, P.C., 21 Oak Street, Suite 601, Hartford, CT 06106.

### II.   Interest

Pursuant to 18 U.S.C. § 3612(f), the Defendant shall pay interest on any restitution amount of more than $2,500.00, unless restitution is paid in full before the fifteenth day after the date of the judgment.

### III.  Time and Method of Payment

Pursuant to 18 U.S.C. §§ 3572 and 3664(f)(2), in consideration of (1) the financial resources and other assets of the Defendant, including whether any of these assets are jointly controlled; (2) projected earnings and other income of the Defendant; and (3) any financial obligations of the Defendant, including obligations to dependents, the Defendant is hereby ordered to pay the entire outstanding restitution amount within fourteen days of the entry of the Judgment.

### IV.   Payment Instructions

The Defendant shall make payment to the Clerk of Court.  Payment may be made in the form of cash, check or money order.  All payments by check or money order shall be made payable to the "Clerk, United States District Court," and each check shall be delivered to the United States District Court, Attention: Clerk's Office, Abraham Ribicoff Federal Building, United States District Court, 450 Main Street, Suite A012, Hartford, CT 06103 as required by 18 U.S.C. § 3611.

The Defendant shall write the docket number of this case on each check delivered to the Clerk's Office.  Any cash payments shall be hand delivered to the Clerk's Office using exact change, and shall not be mailed.  Payments can be made through Pay.gov, using a checking or savings account (ACH) or credit, debit, and prepaid cards.  Before making payments on-line, debtors should self-enroll on the Pay.gov.  Instructions on how to self-enroll and make payments on-line are on the court's website at: http://www.ctd.uscourts.gov/payment-information.

The Clerk shall distribute restitution payments to the victim identified in this order in accordance with the District's Standing Order on the Disbursement of Restitution Payments by the Clerk of Court.

It is so ordered.

Dated at Hartford, Connecticut on this 6 day of August, 2021.

/s/ MICHAEL P. SHEA

Michael P. Shea
United States District Judge

2