UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 3:21CR000061(MPS) |
| v. | : | |
| Michael Meakem | : | |

### ORDER TO TERMINATE TERM OF SUPERVISED RELEASE

In accordance with Title 18 U.S.C. §3583(e)(1), the Court hereby ORDERS that, as of March 20, 2024, Michael Meakem's term of supervised release shall be terminated in light of his anticipated successful completion of the Support Court Program.

IT IS SO ORDERED

Signed this _19th_ day of March 2024.

The Honorable Michael P. Shea
U.S. District Judge